UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WARNER MUSIC GROUP CORP., *et al.* ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> MEGAUPLOAD LIMITED, *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) | No. 1:14cv374 <br> (LO / IDD) |

**NOTICE OF APPEARANCE**

**TO THE CLERK AND ALL PARTIES:**

PLEASE NOTE THE APPEARANCE of Craig C. Reilly for Defendant Megaupload Limited.[1]

Dated: May 5, 2014

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-2604
craig.reilly@ccreillylaw.com

---

[1] This appearance is without waiver of or prejudice to any procedural rights, or procedural or substantive defense Megaupload may seek to assert, including seeking a stay of this action pending the parallel criminal action, *United States v. Kim Dotcom, et al.*, No. 1:12-cr-00003-LO (E.D. Va. filed Jan. 5, 2012), now pending before this court. *See Xyrous Comm., LLC v. Bulgarian Telecom. Co. AD*, No. 1:09cv396, 2009 U.S. Dist. LEXIS 80620, *27 (E.D. Va. Sept. 4, 2009) (counsel's entry of notice of appearance does not waive any Rule 12 defenses).

- 2 -

        Ira P. Rothken (*pro hac vice* pending)
        ROTHKEN LAW FIRM
        3 Hamilton Landing
        Suite 280
        Novato, CA 94949
        (415) 924-4250
        (415) 924-2905 (fax)
        ira@techfirm.net

        *Counsel for Defendant Megaupload, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2014, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users:

>Thomas G. Hentoff
>Eric C. Wiener
>Gabriel A. Cohen
>Nicholas G. Gamse
>WILLIAMS & CONNOLLY LLP
>725 12th Street, N.W.
>Washington, DC 20005
>*Counsel for Plaintiffs*

>/s/ Craig C. Reilly
>Craig C. Reilly, Esq. (VSB # 20942)
>111 Oronoco Street
>Alexandria, Virginia 22314
>TEL (703) 549-5354
>FAX (703) 549-2604
>craig.reilly@ccreillylaw.com
>*Counsel for Defendant Megaupload, Ltd.*