AO 440 (Rev. 06/12) Summons in a Civil Action

**UNEXECUTED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**FILED**

2014 MAY 22 P 1: 17

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| WARNER MUSIC GROUP CORP., UMG RECORDINGS, INC., SONY MUSIC ENTERTAINMENT, and CAPITOL RECORDS, LLC, <br><br> *Plaintiff(s)* <br> v. <br><br> MEGAUPLOAD LIMITED, VESTOR LIMITED, KIM DOTCOM, MATHIAS ORTMANN, and BRAM VAN DER KOLK, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:14-CV-374 |

**ALIAS SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Vestor Limited
Suite 2314
Convention Plaza Apartment
1 Harbour Road
Wan Chai, Hong Kong, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric C. Wiener
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 9, 2014

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED

2014 MAY 22 P 1: 17

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

WARNER MUSIC GROUP CORP., UMG RECORDINGS, INC., SONY MUSIC ENTERTAINMENT, and CAPITOL RECORDS, LLC,

*Plaintiff(s)*

v.

Civil Action No. 1:14-CV-374

MEGAUPLOAD LIMITED, VESTOR LIMITED, KIM DOTCOM, MATHIAS ORTMANN, and BRAM VAN DER KOLK,

*Defendant(s)*

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Megaupload Limited
11th Floor
AXA Centre
151 Gloucester Road
Serve: SBC International (Registered Agent for Service)
Wan Chai, Hong Kong, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric C. Wiener
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: May 9, 2014

*Signature of Clerk or Deputy Clerk*