UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WARNER MUSIC GROUP CORP., *et al.* ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | No. 1:14cv374 |
| ) | (LO / IDD) |
| MEGAUPLOAD LIMITED, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, July 25, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Megaupload Limited will present oral argument in support of its motion for a continuation of the stay of this litigation.

Dated: July 18, 2014

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-2604
craig.reilly@ccreillylaw.com
*Counsel for Defendant Megaupload, Ltd.*


Ira P. Rothken (*pro hac vice* pending)
ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 280
Novato, CA 94949
(415) 924-4250
(415) 924-2905 (fax)
ira@techfirm.net

*Counsel for Defendant Megaupload, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2014, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users:

>Thomas G. Hentoff
>Eric C. Wiener
>Gabriel A. Cohen
>Nicholas G. Gamse
>WILLIAMS & CONNOLLY LLP
>725 12th Street, N.W.
>Washington, DC 20005
>*Counsel for Plaintiffs*

>/s/ Craig C. Reilly
>Craig C. Reilly, Esq. (VSB # 20942)
>111 Oronoco Street
>Alexandria, Virginia 22314
>TEL (703) 549-5354
>FAX (703) 549-2604
>craig.reilly@ccreillylaw.com
>*Counsel for Defendant Megaupload, Ltd.*