IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



WARNER MUSIC GROUP CORP., *et al*,

    *Plaintiffs,*

v.

MEGAUPLOAD LIMITED, *et al.*,

    *Defendants.*

No. 1:14CV374
(LO / IDD)

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The motion of Eric C. Wiener, to withdraw as counsel for Defendants, filed May 31, 2018, is hereby GRANTED.

Dated: 4 Jun 18

/s/
Ivan D. Davis
United States Magistrate Judge