UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| WARNER MUSIC GROUP CORP., *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>MEGAUPLOAD LIMITED, *et al.*,<br><br>*Defendants*. | No. 1:14cv374<br>(TSE / IDD) |

**DEFENDANT MEGAUPLOAD LTD.'S NOTICE OF RELATED CASES**

Defendant Megaupload Limited hereby gives notice of related cases (listed below). The grounds for relatedness are explained more fully in DEFENDANT MEGAUPLOAD LTD.'S NOTICE OF RELATED CASES, *Twentieth Century Fox Film Corp. v. Megaupload, Ltd.*, No. 1:14cv362-TSE/IDD (E.D. Va. Apr. 7, 2022) (Doc. 93).

### RELATED CASES

*United States v. Kim Dotcom, et al.*, No. 1:12-cr-00003-LO

*Twentieth Century Fox Film Corp. v. Megaupload, Ltd.*, No. 1:14cv362-TSE/IDD

*United States v. All Assets Listed in Attachment A, etc.*, No. 1:14cv969-LO-TRJ

*United States v. All Assets in Australia, etc.*, No. 1:15cv1106-LO-MSN

|  |  |
|---|---|
| Dated: April 7, 2022. | Respectfully submitted,<br><br>/s/ Craig C. Reilly<br>Craig C. Reilly, Esq. (VSB # 20942)<br>209 Madison Street, Suite 501<br>Alexandria, Virginia 22314<br>TEL (703) 549-5354<br>FAX (703) 549-2604<br>craig.reilly@ccreillylaw.com<br><br>Ira P. Rothken (*pro hac vice*)<br>Jared R. Smith (*pro hac vice*)<br>ROTHKEN LAW FIRM<br>3 Hamilton Landing<br>Suite 280<br>Novato, CA 94949<br>(415) 924-4250<br>(415) 924-2905 (fax)<br>ira@techfirm.net<br><br>*Counsel for Defendant Megaupload, Ltd.* |